# FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP

One New York Plaza
New York, NY 10004-1980
Tel: 212.859.8000
Fax: 212.859.4000
www.friedfrank.com

Direct Line: 212.859.8259
douglas.flaum@friedfrank.com

May 9, 2013



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 5-9-13

**By Email**

The Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> ### Re:   *Hospital Authority of Rockdale County v. GS Capital Partners V Fund, L.P. et al, 09 CV 8716*

Dear Judge Crotty:

We represent the Defendants in the above-captioned action and write on behalf of the Defendants and the Plaintiff. The parties are presently engaged in mediation efforts, and therefore request that the Court grant an extension of time for the parties to file their Final Pretrial Submissions. The parties jointly propose the following schedule for the Court's consideration:

- Parties submit a joint proposed Pretrial Order and file any motions by June 7, 2013 (the present submission date is May 24, 2013).

- Parties respond to any motions by July 3, 2013 (the present submission date is June 27, 2013).

- Parties file replies by July 26, 2013 (the present submission date is July 12, 2013).

This is the second request for an extension of time to file Final Pretrial Submissions. The first request was granted by this Court on September 24, 2012. On October 18, 2012 the Court



New York • Washington • London • Paris • Frankfurt • Hong Kong • Shanghai
A Delaware Limited Liability Partnership

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP

The Honorable Paul A. Crotty                              May 9, 2013
                                                          Page 2

stayed the filing date of all final pretrial submissions pending the outcome of the summary
judgment motions.

                                        Respectfully submitted,

                                        Douglas H. Flaum


SO ORDERED on this

_____ 9th _ day of _May__ , 2013
_____
       Hon. Paul A. Crotty
       United States District Judge




cc:     John J. Kenney, Esq.
        Leroy Penn Spell, Esq.
        Jill Pryor, Esq.